# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

Robert P. Young, Jr.,
Chief Justice

142974

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

WOODCARE X, INC. d/b/a
CARETEL INNS OF LINDEN,
      Plaintiff-Appellant,

v

          SC: 142974
          COA: 294824
          Genesee CC: 2008-000132-MK

DEPARTMENT OF COMMUNITY HEALTH,
      Defendant-Appellee,

and

JANET OLSEWSKI,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the January 25, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

y0919